UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARGARET WATSON,

                                                **NOTICE OF MOTION**

                Plaintiff,

          -against-

                                                **11-CV-0035 (CBA)(CLP)**

THE CITY OF NEW YORK, et. al.,

                Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the Memorandum of Law dated May 3, 2012, the Declaration of Mark D. Zuckerman dated May 3, 2012 and exhibits thereto; and upon all prior pleadings and proceedings had herein, defendants City of New York and Cameron Evelyn, will move this Court, before the Honorable Cheryl L. Pollak, United States Magistrate Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza, Brooklyn, New York 11201, on a date and at a time to be determined, to enforce the settlement agreement reached between the parties, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, plaintiff is to serve her opposition papers on the undersigned on or before June 4, 2012;

**PLEASE TAKE FURTHER NOTICE** that defendants are to serve their Reply papers on or before June 11, 2012; and

Dated: New York, New York
May 3, 2012

        MICHAEL CARDOZO
        Corporation Counsel of the
          City of New York
        Attorney for Defendants *City and Cameron Evelyn*
        100 Church Street, Room 3-211
        New York, New York  10007
        (212) 442-8248

By:      /s/
        Mark D. Zuckerman
        Senior Counsel